UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

In re:                                           )   Case No. 11-29003
    FARINA, JOSEPH D.,                  )
                                                 )
                                                 )
                                                 )
                                                 )
                                                 )
                        Debtor(s)                )

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on February 7, 2012 in Courtroom 642**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: January 4, 2012                     By:   /s/ Richard M. Fogel
                                                              Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawgussis.com
**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: FARINA, JOSEPH D | § | Case No. 11-29003 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,000.23 |
| *and approved disbursements of* | $ 340.00 |
| *leaving a balance on hand of* [1] | $ 9,660.23 |
| **Balance on hand:** | $ 9,660.23 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Department of the Treasury | 111,811.54 | 111,811.54 | 0.00 | 7,055.21 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 7,055.21 |
| Remaining balance: | $ 2,605.02 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 1,750.02 | 0.00 | 1,750.02 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD. | 855.00 | 0.00 | 855.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,605.02 |
| Remaining balance: | $ 0.00 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $14,160.36 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Department of the Treasury | 14,160.36 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 279,339.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Department of the Treasury | 9,688.27 | 0.00 | 0.00 |
| 2 | Open Tables | 4,693.88 | 0.00 | 0.00 |
| 3 | Battaglia Distributing Company | 5,377.44 | 0.00 | 0.00 |
| 4 | Takis Royal Foods Inc. | 1,812.10 | 0.00 | 0.00 |
| 5 | The Private Bank and Trust Company | 257,767.47 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                             Case No. 11-29003-SPS
Joseph D Farina                                                    Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: vwalker              Page 1 of 3                   Date Rcvd: Jan 05, 2012
                              Form ID: pdf006            Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 07, 2012.
db            +Joseph D Farina,    50 E Bellevue Place,    APT 1903,    Chicago, IL 60611-1169
17540845       Ally,    PO Box 380902,    Bloomington, MN 55438-0902
17540850       BMW Financial Services NA, LLC.,    5550 Britton Pkwy,    Hilliard,OH43026-7456
17540838      +Battaglia Distributing Company,    2545 S o Ashland Ave,    Chicago, IL 60608-5320
17540815      +CB accounts Inc.,    124 SW Adams St,    STE 215,   Peoria, IL 61602-2321
17540848       Chase Bank,    P.O. Box 15153,    Wilmington, De 19886-5153
17540841      +Ciccone Food Distributors,    40 West Fullerton Ave,    Addison, IL 60101-3712
17540846      +Citibank (South Dakota NA)-Shell Commercial),    701 E 60th Street N,   Sioux Falls,SD 57104-0493
17540824      +City of Chicago,    Department of Revenue,    121 North Lasalle Street,    Chicago, IL 60602-1288
17540847      +Client Services, Inc.,    3451 Harry S. Truman Blvd,    St. Charles, MO 63301-9816
17540827      +Cohen, Pierce and Betz,    PO Box 358,    Farmingdale, NY 11735-0358
17540828      +Consumers Packing Co.,    1301 Carsen Drive,    Melrose Park, IL 60160-2970
17540805       Department of the Treasury,    Internal Revenue Service,    PO Box 7346,
                Philadelphia, PA 19101-7346
17540855      +Downtown Store, LLC,    1924 South State Street,    Chicago, IL 60616-1613
17540834      +Eastern Seafood Co., Inc.,    1020 W Hubbard St,    Chicago, IL 60642-6526
17540810      +First Source Financial Solution,    Health Partners Medical Center,    1232 W State Rd #2,
                La Porte, IN 46350-5469
17540809      +First Source Financial Solution,    LPH Medical Center,    1232 W State Rd #2,
                La Porte, IN 46350-5469
17540829      +Food & Paper Supply Co.,    7247 S. South Chicago Ave,    Chicago, IL 60619-1295
17540839       Gerard Burke,    1625 ARBOR CT,    DARIEN, IL60561-3706
17540832      +Gold Star Seafood, Inc.,    2300 W 41st Street,    Chicago, IL 60609-2214
17540808      +Ice Mountain Spring Water,    Caine & Weiner,    PO Box 5010,    Woodland Hills, CA 91365-5010
17540812      +Illinois Collection Service,    Southwest Head and Neck Surgical,    PO Box 1010,
                Tinley Park, IL 60477-9110
17540807       Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
17540844      +Joseph Gavron,    12816 S Misty Harbour Lane,    Palos Park, IL 60464-2571
17540856      +Joseph R. Curcio,    CURCIO LAW OFFICES,    161 North Clark Street,    Suite 2550,
                Chicago, Illinois 60601-3246
17540825       Linebarger Goggan Blair & Sampson, LLC,    PO Box 06152,    Chicago, IL 60606-0152
17540853      +Marc Schwartz,    Harrison & Held, LLP,    333 West Wacker Drive,    Suite 1700,
                Chicago, IL 60606-1247
17540836      +Market Produce,    951 W Randolph Street,    Chicago, IL 60607-2220
17540813       Medical Business Bureau,    Mercy Physician Billing,    140 Renaissance Dr,    Park Ridge, IL 60068
17540835      +Michael T. O'Connor,    Fuchs & Roselli, LTD,    440 West Randolph Street, #500,
                Chicago, IL 60606-7211
17540830      +North Shore Produce, Inc.,    6463 N. Northwest Hwy #104,    Chicago, IL 60631-1576
17540822      +Open Tables,    799 Market Street,    San Francisco, CA 94103-2001
17540823      +Orlando Greco & Sons Imports, LLC,    191 Tubeway Drive,    Carol Stream, IL 60188-2249
17540817      +Peoples Gas,    130 E Randolph Drive,    Chicago, IL 60601-6302
17540821      +Perfect Pasta, Inc., Addison,    31 Fairbank Unit A,    Addison, IL 60101-3118
17540820      +Pointe 1900 Retail LLC,    c/o Dynaprop Development Corp.,    1921 S Archer Ave,
                Chicago, IL 60616-1618
17540826      +Retail Control Solutions,    806 Thorndale Ave.,    Bensenville, IL 60106-1138
17540840      +Richard Kessler,    McDonald Hopkins, LLC,    300 N LaSalle #2100,    Chicago, IL 60654-3474
17540852      +Sarah M. Turk c/o,    Jonathan Merel, PC,    2 Prudential Plaza,
                180 N. Stetson Avenue, Suite 1300,    Chicago, IL 60601-6818
17540854      +South Loop Holdings, LLC,    Caf Bionda,    1924 South State Street,    Chicago, IL 60616-1613
17540851      +Steven M. Pontikes,    111 W Washington Ave- Suite 1221,    Chicago, IL 60602-3482
17540831      +Supreme Lobster and Seafood Co.,    220 E North Ave,    Villa Park, IL 60181-1207
17540833      +Takis Royal Foods Inc.,    172-74 N Ada St,    Chicago, IL 60607-1524
17540819      +The Private Bank and Trust Company,    70 West Madison,    Suite 200,    Chicago, IL 60602-4218
17540818      +The Private Bank and Trust Company,    Latimer LeVay Fyock LLC,    c/o Brian D LeVay,
                55 W Monroe St Ste 1100,    Chicago, IL 60603-5128
17540849      +Timepayment Corp.,    16 N.E. Executive Park #200,    Burlington, MA 01803-5222
17540843      +Turano Baking Company,    6501 Roosevelt Rd,    Berwyn, IL 60402-1100
17540814      +United Collect Buring,    Maple City Emergency Physicians LL,    PO Box 140190,
                Toledo, OH 43614-0190
17540804      +Wachovia Mortgage,    PO Box 659558,    San Antonio, TX 78265-9558

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17540842      +E-mail/Text: legalcollections@comed.com Jan 06 2012 02:00:55      Commonwealth Edison Co.,
                3 Lincoln Center,    Attn: Bankruptcy,    Oak Brook Terrace, IL 60181-4204
17540805       E-mail/Text: cio.bncmail@irs.gov Jan 06 2012 01:56:13      Department of the Treasury,
                Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
17540811      +E-mail/Text: Bankruptcy@icsystem.com Jan 06 2012 02:13:49      I C System, Inc.,    RCN Corp.,
                PO Box 64378,    Saint Paul, MN 55164-0378
17540816      +E-mail/Text: mmrgbk@miramedrg.com Jan 06 2012 02:13:50      Miramed Revenue Group,
                991 Oak Creek Drive,    Lombard, IL 60148-6408
17540849      +E-mail/Text: pauline.burt@timepaymentcorp.com Jan 06 2012 02:14:02      Timepayment Corp.,
                16 N.E. Executive Park #200,    Burlington, MA 01803-5222
                                                                                              TOTAL: 5
```

```
District/off: 0752-1              User: vwalker               Page 2 of 3                Date Rcvd: Jan 05, 2012
                                  Form ID: pdf006             Total Noticed: 52

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17540837      Tom Wholly,   8916 S 55TH CT,   OAK LAWNIL60453-1251
17540806*     Department of the Treasury,   Internal Revenue Service,   PO Box 7346,
               Philadelphia, PA 19101-7346
                                                                                         TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 07, 2012**             **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: vwalker              Page 3 of 3              Date Rcvd: Jan 05, 2012
                               Form ID: pdf006            Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2012 at the address(es) listed below:

          Lydia Y Siu    on behalf of Creditor   Wachovia Mortgage, FSB fka World Savings Bank FSB
           lsiu@atty-pierce.com,  northerndistrict@atty-pierce.com
          Michelle G Novick    on behalf of Creditor   50 East Bellevue Condominium Association
           mgnovick@arnstein.com,  lcsolomon@arnstein.com
          Neal  Gainsberg    on behalf of Debtor Joseph Farina neal@stavergainsberg.com,  nstu1@aol.com,
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard M Fogel    rfogel@shawgussis.com,  IL72@ecfcbis.com
                                                                               TOTAL: 5