**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: FARINA, JOSEPH D                                 § Case No. 11-29003
                                                        §
                                                        §
Debtor(s)                                               §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

  RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $449,300.00 *(without deducting any secured claims)* | Assets Exempt: $19,700.00 |
| Total Distribution to Claimants: $7,055.37 | Claims Discharged Without Payment: $1,643,364.52 |
| Total Expenses of Administration: $2,945.02 | |

  3) Total gross receipts of $   10,000.39   (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $10,000.39
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $111,811.54 | $111,811.54 | $111,811.54 | $7,055.37 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,945.04 | 2,945.02 | 2,945.02 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 248,841.36 | 14,160.36 | 14,160.36 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 1,394,872.27 | 279,339.16 | 279,339.16 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,755,525.17 | $408,256.10 | $408,256.08 | $10,000.39 |

4) This case was originally filed under Chapter 7 on July 14, 2011. The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/01/2012      By: /s/RICHARD M. FOGEL
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Stock and business interests- South Loop Holding | 1129-000 | 10,000.00 |
| Interest Income | 1270-000 | 0.39 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.39** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Department of the Treasury | 4300-000 | 111,811.54 | 111,811.54 | 111,811.54 | 7,055.37 |
| NOTFILED | Wachovia Mortgage | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$111,811.54** | **$111,811.54** | **$111,811.54** | **$7,055.37** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,750.04 | 1,750.02 | 1,750.02 |
| POPOWCER KATTEN, LTD. | 3410-000 | N/A | 855.00 | 855.00 | 855.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | N/A | | 265.00 | 265.00 | 265.00 |
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | 2,945.04 | 2,945.02 | 2,945.02 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Department of the Treasury | 5800-000 | 14,160.36 | 14,160.36 | 14,160.36 | 0.00 |
| NOTFILED | Department of the Treasury Internal Revenue Service | 5200-000 | 22,681.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue Bankruptcy Section | 5200-000 | 212,000.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 248,841.36 | 14,160.36 | 14,160.36 | 0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Department of the Treasury | 7100-000 | 9,688.27 | 9,688.27 | 9,688.27 | 0.00 |
| 2 | Open Tables | 7100-000 | 5,000.00 | 4,693.88 | 4,693.88 | 0.00 |
| 3 | Battaglia Distributing Company | 7100-000 | 10,000.00 | 5,377.44 | 5,377.44 | 0.00 |
| 4 | Takis Royal Foods Inc. | 7100-000 | 5,000.00 | 1,812.10 | 1,812.10 | 0.00 |
| 5 | The Private Bank and Trust Company | 7100-000 | 250,000.00 | 257,767.47 | 257,767.47 | 0.00 |
| NOTFILED | Ciccone Food Distributors | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Joseph Gavron | 7100-000 | 100,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Commonwealth Edison Co. | 7100-000 | 16,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Turano Baking Company | 7100-000 | 400.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Richard Kessler McDonald Hopkins, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Michael T. O'Connor Fuchs & Roselli, LTD | 7100-000 | 60,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Gerard Burke | 7100-000 | 500,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Eastern Seafood Co., Inc. | 7100-000 | 7,542.00 | N/A | N/A | 0.00 |
| NOTFILED | Gold Star Seafood, Inc. | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Ally | 7100-000 | 9,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Tom Wholly | 7100-000 | 25,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Market Produce | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | BMW Financial Services NA, LLC. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Downtown Store, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | South Loop Holdings, LLC Café Bionda | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Joseph R. Curcio CURCIO LAW OFFICES | 7100-000 | 9,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Marc Schwartz Harrison & Held, LLP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 7100-000 | 9,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Steven M. Pontikes | 7100-000 | 6,000.00 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 7100-000 | 148,640.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank | 7100-000 | 20,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Client Services, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Timepayment Corp. | 7100-000 | 9,161.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank (South Dakota NA)-Shell Commercial) | 7100-000 | 4,479.00 | N/A | N/A | 0.00 |
| NOTFILED | Supreme Lobster and Seafood Co. | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Cohen, Pierce and Betz | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | First Source Financial Solution Health Partners | 7100-000 | 319.00 | N/A | N/A | 0.00 |
| NOTFILED | First Source Financial Solution LPH Medical Center | 7100-000 | 439.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Collection Service Southwest Head and Neck | 7100-000 | 255.00 | N/A | N/A | 0.00 |
| NOTFILED | I C System, Inc. RCN Corp. | 7100-000 | 698.00 | N/A | N/A | 0.00 |
| NOTFILED | Ice Mountain Spring Water Caine & Weiner | 7100-000 | 222.00 | N/A | N/A | 0.00 |
| NOTFILED | Medical Business Bureau Mercy Physician Billing | 7100-000 | 86.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue Bankruptcy Section | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | United Collect Buring Maple City Emergency Physicians LL | 7100-000 | 335.00 | N/A | N/A | 0.00 |
| NOTFILED | Department of the Treasury Internal Revenue Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | CB accounts Inc. | 7100-000 | 798.00 | N/A | N/A | 0.00 |
| NOTFILED | Retail Control Solutions | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Linebarger Goggan Blair & Sampson, LLC | 7100-000 | 122.00 | N/A | N/A | 0.00 |
| NOTFILED | Consumers Packing Co. | 7100-000 | 1,602.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | City of Chicago Department of Revenue | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Food & Paper Supply Co. | 7100-000 | 7,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Orlando Greco & Sons Imports, LLC | 7100-000 | 6,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Peoples Gas | 7100-000 | 15,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Miramed Revenue Group | 7100-000 | 1,180.00 | N/A | N/A | 0.00 |
| NOTFILED | Pointe 1900 Retail LLC c/o Dynaprop Development Corp. | 7100-000 | 100,000.00 | N/A | N/A | 0.00 |
| NOTFILED | The Private Bank and Trust Company | 7100-000 | 9,800.00 | N/A | N/A | 0.00 |
| NOTFILED | North Shore Produce, Inc. | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Perfect Pasta, Inc., Addison | 7100-000 | 3,806.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 1,394,872.27 | 279,339.16 | 279,339.16 | 0.00 |

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-29003  
**Case Name:** FARINA, JOSEPH D  

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 07/14/11 (f)  
**§341(a) Meeting Date:** 08/16/11  

**Period Ending:** 03/01/12  
**Claims Bar Date:** 10/21/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  Money<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 2,700.00 | 0.00 | DA | 0.00 | FA |
| 2  Chase-checking<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 3  Security Deposit on Land/option to purchase<br>    Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 2,400.00 | 0.00 | DA | 0.00 | FA |
| 4  Household Goods<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5  Clothing<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 700.00 | 0.00 | DA | 0.00 | FA |
| 6  Watch<br>    Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 2,000.00 | 700.00 | DA | 0.00 | FA |
| 7  Stock and business interests- South Loop Holding (See Footnote) | Unknown | 10,000.00 | | 10,000.00 | FA |
| 8  Stock and business interests- Downtown Store  (See Footnote) | Unknown | 0.00 | OA | 0.00 | FA |
| 9  Escrow fund  (See Footnote) | 40,000.00 | 0.00 | DA | 0.00 | FA |
| 10  Real Property- 50 E. Bellevue, Chicago, IL | 400,000.00 | 0.00 | DA | 0.00 | FA |
| Int  INTEREST  (u) | Unknown | N/A | | 0.39 | FA |
| 11  Assets  Totals (Excluding unknown values) | $449,300.00 | $10,700.00 | | $10,000.39 | $0.00 |

RE PROP# 3    Deposit is non-refundable per contract terms  
RE PROP# 6    Inconsequential value to estate  
RE PROP# 7    Sold to co-owner per o/c 8-24-11  
RE PROP# 8    Per o/c 12-20-11  
RE PROP# 9    Escrow account subject to IRS claims

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-29003  **Trustee:** (330720)  RICHARD M. FOGEL
**Case Name:** FARINA, JOSEPH D  **Filed (f) or Converted (c):** 07/14/11 (f)
 **§341(a) Meeting Date:** 08/16/11
**Period Ending:** 03/01/12  **Claims Bar Date:** 10/21/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  December 31, 2012     **Current Projected Date Of Final Report (TFR):**  January 4, 2012  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-29003  
**Case Name:** FARINA, JOSEPH D

**Taxpayer ID #:** **-***2069  
**Period Ending:** 03/01/12

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******70-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/01/11 | {7} | KGB CONSTRUCTION CONSULTING | Proceeds of sale of membership interest per o/c 8-24-11 | 1129-000 | 10,000.00 | | 10,000.00 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 10,000.07 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,975.07 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,975.15 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,950.15 |
| 11/28/11 | | To Account #9200******7066 | Account transfer- Income taxes | 9999-000 | | 265.00 | 9,685.15 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,685.23 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,660.23 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,660.31 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,660.39 |
| 02/08/12 | 1001 | RICHARD M. FOGEL | Dividend paid 100.00% on $1,750.02, Trustee Compensation; Reference: | 2100-000 | | 1,750.02 | 7,910.37 |
| 02/08/12 | 1002 | POPOWCER KATTEN, LTD. | Dividend paid 100.00% on $855.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 855.00 | 7,055.37 |
| 02/08/12 | 1003 | Department of the Treasury | 6.31% dividend on Claim # 1S, Ref: 76-0824539, 20-5983175 | 4300-000 | | 7,055.37 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 10,000.39 | 10,000.39 | $0.00 |
| Less: Bank Transfers | 0.00 | 265.00 | |
| **Subtotal** | 10,000.39 | 9,735.39 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$10,000.39** | **$9,735.39** | |

{} Asset reference(s)

Printed: 03/01/2012 07:22 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-29003
**Case Name:** FARINA, JOSEPH D

**Trustee:** RICHARD M. FOGEL (330720)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******70-66 - Checking Account

**Taxpayer ID #:** **-***2069
**Period Ending:** 03/01/12

**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/28/11 | | From Account #9200******7065 | Account transfer- Income taxes | 9999-000 | 265.00 | | 265.00 |
| 11/29/11 | 101 | ILLINOIS DEPARTMENT OF REVENUE | 2011 Form IL-1041 for YE 10-31-11/EIN: 38-6992069 | 2820-000 | | 265.00 | 0.00 |

|   |   |   |
|---|---|---|
| **ACCOUNT TOTALS** | 265.00 | 265.00 | $0.00 |
| Less: Bank Transfers | 265.00 | 0.00 | |
| **Subtotal** | 0.00 | 265.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$265.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******70-65** | 10,000.39 | 9,735.39 | 0.00 |
| **Checking # 9200-******70-66** | 0.00 | 265.00 | 0.00 |
| | $10,000.39 | $10,000.39 | $0.00 |

{} Asset reference(s)

Printed: 03/01/2012 07:22 AM   V.12.57